THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| LAURIE A. WAGNER and | ) | |
| CLEMENT G. WAGNER, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the plaintiff's notice of dismissal (filing 14), which was filed prior to service of an answer or motion for summary judgment by the defendants, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

IT IS ORDERED that this case is dismissed without prejudice.

August 7, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge